UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS WIMBERLY, ) | |
| ) | 2:11-CV-00430-PMP-CWH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

Having read and considered Plaintiff's Motion for Reconsideration of Order Denying Motion to Seal (Doc. #25) file February 24, 2012, and Defendant's Response in Opposition thereto (Doc. #26) filed March 12, 2012,

**IT IS ORDERED** that the Plaintiff's Motion for Reconsideration (Doc. #25) is **DENIED**.

DATED: March 23, 2012.

PHILIP M. PRO
United States District Judge